**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT 13 P 2: 09

CLERK _____
S#. DIST. OF GA.

UNITED STATES OF AMERICA

v.

Dorothy Hall

Crim. No.  1:04CR00016-2

On November 10, 2011, the above named offender was placed on supervised release for a period of five years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Tony Graham
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _____13th_____ day of __October__, 2015.

Dudley H. Bowen, Jr.
United States District Judge